UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-61388-CIV-COOKE/BANDSTRA

SOUTHERN GROUTS & MORTARS, INC.,
a Florida corporation,

    Plaintiff,

v.

3M COMPANY,
a foreign corporation,

    Defendant.
_____ /

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiff Southern Grouts & Mortars, Inc. (hereinafter referred to as "SGM"), pursuant to S.D. Fla. L.R. 7.1(B)(1), respectfully requests that this Court grant oral argument or a hearing on SGM's Motion for Summary Judgment. A hearing is desired in this matter for the following reasons: 1) the issues addressed in SGM's Motion for Summary Judgment are completely dispositive of the case, and as such, SGM seeks a full opportunity to explain and clarify its position; 2) the issues addressed in this motion are specific to trademark law, and it may be helpful to this Court's adjudication of the matter to have SGM's counsel available to answer any particular questions the Court may have on the application of trademark law to the case-in-suit; and 3) it has been this counsel's experience that productive hearings on summary judgment motions for trademark cases allow the Court an opportunity to more fully clarify and understand each party's position in a relatively complex area of law.

SGM estimates that approximately 1.5 to 2 hours will be required for oral argument.

Dated June 27, 2008

                Respectfully submitted,

                By:    s/ JanPaul Guzman
                      Scott W. Rothstein, Esq.
                      Florida Bar No. 765880
                      Frank Herrera, Esq.
                      Florida Bar No. 494801
                      JanPaul Guzman, Esq.
                      Florida Bar No. 16064
                      Gus Sardina, Esq.
                      Florida Bar No. 31162
                      ROTHSTEIN ROSENFELDT ADLER
                      401 East Las Olas Blvd., Suite 1650
                      Fort Lauderdale, Florida 33301
                      Telephone: (954) 522-3456
                      Facsimile: (954) 527-8863
                      Email: fherrera@rra-law.com

                      **Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June, 2008, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By: s/JanPaul Guzman
    Scott W. Rothstein
    Frank Herrera
    JanPaul Guzman

**SERVICE LIST**
Southern Grouts & Mortars, Inc. v. 3M Company
CASE NO.: 07-61388-CIV-COOKE/Bandstra
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Mark A. Romance, Esq., <br> RICHMAN GREER, P.A., <br> Miami Center – Suite 100, <br> 201 South Biscayne Blvd, <br> Miami, Florida 33131, <br> Tel: 305-373-4000 <br> Fax: 305- 373-4099 <br> Email:mromance@richmangreer.com <br> *Via CM/ECF* | Scott W. Rothstein, Esq. <br> Frank Herrera, Esq. <br> Gustavo Sardina, Esq. <br> JanPaul Guzman, Esq. <br> ROTHSTEIN ROSENFELDT ADLER <br> Counsel for Defendant <br> 401 East Las Olas Boulevard, Suite 1650 <br> Fort Lauderdale, Florida  33301 <br> Tel:     (954) 522-3456 <br> Fax:    (954) 527-8663 <br> E-mail:   fherrera@rra-law.com <br> *Via CM/ECF* |
| Laura J. Hein, Esq., <br> GRAY PLANT MOOTY, <br> 500 IDS Center, <br> 80 South Eighth Street, <br> Minneapolis, Minnesota 55402 <br> Tel: 612-632-3000 <br> Fax: 612-632-4444 <br> Email: laura.hein@gpmlaw.com <br> *Via CM/ECF* | |
| Dean C. Eyler, Esq. <br> Gray Plant Mooty <br> 500 IDS Center <br> 80 South Eighth Street <br> Minneapolis, MN 55402 <br> Tel: 612-632-3000 <br> Fax: 612-632-4444 <br> Email: dean.eyler@gpmlaw.com <br> *Via CM/ECF* | |